HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Petitioner
VARDAN K.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARDAN K., | Case No. 1:26-cv-01128-TLN-CSK |
| Petitioner, | STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER |
| vs. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION CENTER, | |
| Respondent. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Special Assistant United States Attorney Ihsan U. Ahmed, counsel for Respondent, and Assistant Federal Defender Reed Grantham, counsel for Vardan K., that the briefing schedule previously set be modified as set forth below.

On February 9, 2026, Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Dkt. #1. Thereafter, this Court, on February 13, 2026, issued an order construing Petitioner's petition as a motion for a temporary restraining order. *See* Dkt. #6. The Court ordered Respondent to file a response by February 20, 2026. *See* Dkt. #6. The Court also indicated that Petitioner may file a reply by February 25, 2026. *See* Dkt. #6.

Undersigned counsel was appointed in this matter on February 24, 2026. *See* Dkt. #8. Undersigned counsel has reviewed the pro se petition and Respondent's response, however, undersigned counsel requires additional time and opportunity to investigate, research, and look

into the issues in this matter. Accordingly, the parties are in agreement that Petitioner's reply, if any, may be filed by Thursday, March 5, 2026.

This proposed date for a reply is mutually agreeable for the parties and this request is made with the intention of conserving time and resources for both the parties and the Court.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 24, 2026         /s/ Reed Grantham
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Petitioner
                                VARDAN K.


                                ERIC GRANT
                                United States Attorney


Date: February 24, 2026         /s/ Ihsan U. Ahmed
                                IHSAN U. AHMED
                                Special Assistant United States Attorney
                                Attorney for Respondent


**O R D E R**

**IT IS SO ORDERED.** Any Petitioner reply may be filed on or by Thursday, March 5, 2026.


Date: February 25, 2026

Troy L. Nunley
Chief United States District Judge

K. – Stipulation to Modify Briefing Schedule         -2-